**United States District Court**
For the Northern District of California

1

2

3

4

5                 IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 JANA FOWLER,

9          Plaintiff,                    No. 10-3933-EDL

10    v.                              **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

11 WELLS FARGO BANK, N.A. et al.,

12          Defendants.

                                           /

13

14      On December 16, 2010, Plaintiff's counsel filed a request to appear telephonically at the initial

15 case management conference and motion hearing set for December 17, 2010 at 9:30 a.m.  Despite

16 the fact that the request was filed less than 24 hours before the scheduled hearing, Defendant's

17 counsel has informed the Court that Defendant does not oppose the request.  Good cause appearing,

18 IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by beginning at the

19 date and time above until called by the Court.

20

21 Dated: December 16, 2010

22                                 ELIZABETH D. LAPORTE
                                 United States Magistrate Judge

23

24

25

26

27

28